**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2499**

---

BEKELECH TERESA,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals. (A72-416-950)

---

Submitted:  March 31, 1999        Decided:  April 19, 1999

---

Before MURNAGHAN, HAMILTON, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Joshua O.A. Moses, JOSHUA MOSES & ASSOCIATES, Silver Springs, Maryland, for Petitioner.  Frank W. Hunger, Assistant Attorney General, Terri J. Scadron, Senior Litigation Counsel, John D. Williams, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bekelech Teresa petitions this court to review the denial of her application for asylum by the Board of Immigrations Appeals (Board). We have reviewed the record and the Board's order denying asylum and find no reversible error. Accordingly the petition for review is dismissed and we affirm on the reasoning of the Board. See Bekelech v. INS, No. A72-416-950 (BIA Sept. 14, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2